

# IN THE
# TENTH COURT OF APPEALS

**No. 10-24-00319-CR**
**No. 10-24-00320-CR**
**No. 10-24-00321-CR**
**No. 10-24-00322-CR**
**No. 10-24-00323-CR**

## EX PARTE EASTON SCOTT HOHENSEE

**From the 361st District Court**
**Brazos County, Texas**
**Trial Court Nos. 24-01018-CRF-361; 24-01019-CRF-361;**
**22-03426-CRM-361; 23-02024-CRM-361; and**
**24-01336-CRM-361**

## MEMORANDUM OPINION

Appellant's "Motion to Dismiss Appeal" was filed in each of these appeals on October 15, 2024. Appellant no longer wishes to pursue his appeals. Appellant's counsel has signed each motion, and appellant has signed an attachment to each motion expressing his desire to dismiss the appeals. *See* TEX. R. APP. P. 42.2(a).

Appellant's motions are granted, and these appeals are dismissed. *See id.*

TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Johnson, and
      Justice Smith
Motions granted
Appeals dismissed
Opinion delivered and filed October 24, 2024
Do not publish
[OT06]

